IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSE FELICIANO WILLIAMS,                                                      PLAINTIFF
ADC #115281

v.                                    No. 5:18CV00048-JLH-JTK

WENDY KELLEY, et al.                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 13th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE